**SO ORDERED.**

**SIGNED this 14th day of March, 2018.**



*Catharine R Aron*
_____
UNITED STATES BANKRUPTCY JUDGE

C-13-16(FTP)
(Rev. 10/15)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | **ORDER** |
| Allen, Allison Ellis    xxx-xx-3538 | ) | |
| 3332 Kettering Place | ) | No.:  12-11809 C-13G |
| Greensboro, NC 27410 | ) | |
| Debtor. | ) | |

This case came before the Court for hearing on March 12, 2018, on the Motion filed by the Trustee pursuant to F.B.R. 3002.1(h) for Determination of Final Cure and Payment as to Claim 3 of U.S. Bank National Association to determine if the Debtor has cured the mortgage default and paid all required post-petition amounts.  All necessary parties having been given adequate notice of the Motion and hearing, at the hearing, the Trustee appeared.

The Court finds after hearing on the Motion and review of the record that the Trustee disbursed a total in regular monthly payments on the mortgage claim of U.S. Bank National Association of $62,239.85 representing the total amounts due on the mortgage account for the period of March 2013 through and including January 2018 and further disbursed a total of $16,293.76 on the arrearage claim of U.S. Bank National Association representing the total arrearage on the account due through and including the payment for February 2013.  The Court finds the mortgage account with U.S. Bank National Association to be completely current in any and all amounts due on the account through and including the regular monthly payment for January 2018 based on the disbursements by the Trustee under the Debtor's plan and that payments paid directly by the Debtor should be credited to payments due February 2018 forward; therefore, it is

ORDERED that the mortgage against the Debtor's real property represented by Claim 3 of U.S. Bank National Association is found to be completely current in any and all amounts due on the account through and including the regular monthly payment for January 2018 based on the disbursements by the Trustee under the Debtor's plan and that payments paid directly by the Debtor are to be credited to payments due February 2018 forward.

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
12-11809 C-13G


ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720


ALLISON ELLIS ALLEN
3332 KETTERING PLACE
GREENSBORO NC 27410


TOMMY S BLALOCK III ESQ
BLALOCK LAW OFFICES PA
620 GREEN VALLEY RD STE 209
GREENSBORO NC 27408


US BANK N A AS TRUSTEE FOR
WELLS FARGO BANK N A
ATTN  BANKRUPTCY DEPARTMENT
MAC #D3347−014
3476 STATEVIEW BLVD
FORT MILL SC 29715


S TROY STALEY
POST OFFICE BOX 2505
4317 RAMSEY STREET
FAYETTEVILLE, NC 28302


JOSEPH J VONNEGUT ESQ
POST OFFICE BOX 2505
4317 RAMSEY STREET
FAYETTEVILLE NC 28302


WELLS FARGO BANK NA
% JOSEPH J VONNEGUT ESQ
BANKRUPTCY DEPT
POST OFFICE BOX 2505
FAYETTEVILLE NC 28302